**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS**

James Becker, et al
Plaintiff(s)

v.

Inland American Real Estate Trust Inc., et al
Defendant(s)

Case No. 13 C 3128

# JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $ ,

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☒ in favor of defendant(s) Inland American Real Estate, Inc., et al
and against plaintiff(s)James Becker, et al
.
Defendant(s) shall recover costs from plaintiff(s).

---

☐ other:

---

This action was *(check one)*:

☐ tried by a jury with Judge presiding, and the jury has rendered a verdict.

☐ tried by Judge without a jury and the above decision was reached.

☒ decided by Judge Harry D. Leinenweber on a motion Defendants' Motion to Dismiss

Date: 11/18/2013

Thomas G. Bruton, Clerk of Court

Wanda Parker, Deputy Clerk